COMMONWEALTH of Pennsylvania,
Petitioner

v.

Jeremy Travis WOODARD, Respondent

Commonwealth of Pennsylvania,
Petitioner

v.

Keith Reed, Respondent

Commonwealth of Pennsylvania,
Petitioner

v.

Joshua N. Cambric, Respondent

No. 157 WAL 2016
No. 158 WAL 2016
No. 159 WAL 2016

Supreme Court of Pennsylvania.

October 13, 2016

**ORDER**

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal and the Petition for Remand are **DENIED**.